Mr. Lemon Jordan ADC #140457
P.O. Box 240
Tucker, Arkansas
72168

4:22-cv-00256-BRW-JJV

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 17 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

United States District Court
Eastern District of Arkansas
600 West Capitol, Suite 402
Little Rock, Arkansas
72201

March 11, 2022

Weird things keep happening and been occurring, since 2006 when I was detained/incarcerated. I have mailed countless/several letters to government officials, my family, and etc. for help and to alert them of my problems/situation. I am extremely tired and worried/concerned about my well-being along with that of my family/love one's. I am writing you praying for help with an attorney. So, an injunction or something can be filed, as well to receive any other relief. I believe it's important to mention the Governor's office and ADC director's office should be aware of abuse I have suffered through recently.

Sincerely,
Lemon Jordan

This case assigned to District Judge __Wilson__
and to Magistrate Judge __Volpe__

Mr. Lathon Jordans (ADC#144043)
P.O. Box 240
Tucker, Arkansas
72168

United States District Court
Eastern District of Arkansas
600 West Capitol, Suite 402
Little Rock, Arkansas
72201