IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATHON JORDANA**
**ADC #144093**                                                                                          **PLAINTIFF**

**VS.**                         **4:22-CV-00256-BRW-JJV**

**DOES**                                                                                            **DEFENDANTS**

## JUDGMENT

Based on the dispositive Order entered today, Plaintiff's claims are dismissed. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 23rd day of May, 2022.

                                                                          BILLY ROY WILSON
                                                   UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).